In the Matter of LOUIS RAY, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Stay granted in the order to show cause of November 13, 1958 continued until the hearing of the proceeding. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of HOWARD B. GROUP, Petitioner, against J. RAYMOND McGOVERN, as State Comptroller, Respondent.— Motion to dismiss article 78 proceeding granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

SAMUEL H. GRIFF, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

HOWARD W. RASHER, as Administrator of the Estate of MARGARET RASHER, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

FREDERICK HEROLD, as Administrator of the Estate of BERTA HEROLD, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Order denying respondent's motion to dismiss the appeal granted, in accordance with the stipulation. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

ALTON P. TAYLOR, Appellant, v. HOWARD LACEY, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. BERNARD THOMPSON, Appellant, against DANIEL McMANN, as Warden of Clinton Prison, Respondent. — Application to perfect appeal as a poor person denied on the ground that the papers submitted disclose no meritorious grounds for the appeal. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of DANIEL GATTO, Respondent, against MORRIS POTASH FRUIT AND PRODUCE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ALFRED FARONE, Appellant, against AMERICAN LOCOMOTIVE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of CHARLES PAVLIDIS.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

JAY HILLIKER, Plaintiff, v. ALICE DEVLIN, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

LOLA B. HILLIKER, Plaintiff, v. ALICE DEVLIN, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

HAROLD KNISKERN, Respondent, v. STUART BAKER, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.